IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

EMMA LIGHTSEY, #238811,  :

    Plaintiff,  :

vs.  :  CIVIL ACTION 15-91-WS-M

JACK MEIGS, *et al.*,  :

    Defendants.  :

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that action be and is hereby **DISMISSED with prejudice**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), because the claims either fail to state a claim upon which relief can be granted, or are frivolous, or are barred by the principles of Heck v. Humphrey, 512 U.S. 477 (1994).

DONE this 26TH day of June, 2015.

[signature]
CHIEF UNITED STATES DISTRICT JUDGE